

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-171-CR

RICKY V. PROMISE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* TEX. R. APP. P. 43.2(f).

PER CURIAM

PANEL D:   WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED: July 31, 2008